UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DAYTON VALLEY INVESTORS, LLC, d/b/a/ LAKEMONT HOMES, | ) ) ) | |
| Plaintiff, | ) ) | 2:08-cv-00127-ECR-RJJ |
| vs. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | **O R D E R** |
| Defendant. | ) ) | |

    This matter is before the Court on Plaintiff's Motion to Exclude Evidence of Damages, to Strike Untimely Disclosures of Documents and Witness, and For Sanctions (#65) and Motion to Exclude Evidence of Damages, to Strike Untimely Disclosures of Documents and Witnesses and For Sanctions (#66).

    The Court having reviewed the Motions (#65 & #66) and  the Opposition (#67) and good cause appearing therefore,

    IT IS HEREBY ORDERED that Plaintiff's Motion to Exclude Evidence of Damages, to Strike Untimely Disclosures of Documents and Witness, and For Sanctions (#65) is **GRANTED** consistent with the Court's Order (#87).

    IT IS FURTHER ORDERED that Plaintiff's Motion to Exclude Evidence of Damages, to Strike Untimely Disclosures of Documents and Witnesses and For Sanctions (#66) is **GRANTED** consistent with the Court's Order (#87).

. . . .

. . . .

1    IT IS FURTHER ORDERED that the Court declines to impose monetary sanctions
2  related to these motions. Each party shall bear their own costs.
3    DATED this   24th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge