UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAYTON VALLEY INVESTORS, LLC, ) <br> d/b/a/ LAKEMONT HOMES, ) <br>             ) <br>        Plaintiff, ) <br>             ) <br> vs. ) <br>             ) <br> UNION PACIFIC RAILROAD ) <br> COMPANY, ) <br>             ) <br>        Defendant. ) <br> _____ ) | 2:08-cv-00127-ECR-RJJ <br><br> **O R D E R** |

This matter is before the Court on Defendant Union Pacific Railroad Company's Motion For Order in Limine (#68).

The Court having reviewed the Motion (#68) and the Opposition (#75) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Union Pacific Railroad Company's Motion For Order in Limine (#68) is **DENIED** consistent with the Court's Order (#87).

IT IS FURTHER ORDERED that the Court declines to impose monetary sanctions related to these motions. Each party shall bear their own costs.

DATED this   24th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge