✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                    Nevada

Dayton Valley Investors, LLC

**JUDGMENT IN A CIVIL CASE**

V.

Union Pacific Railroad Company

Case Number:   2:08-cv-00127-ECR-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is hereby entered pursuant to the Courts Order.

10/08/2010                                          /s/ Lance S. Wilson

Date                                                          Clerk

                                                               /s/ Sutawnee Duckro

                                                               (By) Deputy Clerk